UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON L. MEYERS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KEN CLARK,<br><br>　　　　　Respondent. | Case No. 22-cv-02266-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, the Court has dismissed the petition for a writ of habeas corpus as second or successive, and denied a certificate of appealability. Judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/14/2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge